IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 06-0347
 ((((((((((((((((

 Charles F. Hardy, Iii,

 v.

 INTERNATIONAL INTERESTS, L.P.

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The Joint Motion to Postpone Oral Argument filed on November 9,
2006, is granted, and this case is ABATED to allow the parties to finalize
their settlement agreement.
 2. This case is removed from the Court's active docket until
January 9, 2006, by which time the parties must file either a status report
or a motion to dismiss. The parties shall immediately notify this Court
about any changes in status in the settlement proceedings.

 Done at the City of Austin, this 10th day of November, 2006.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk